

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00073-CV

Judith Ann Neuse and All Occupants of 2115 Ichabod Lane, Edinburg, Texas 78539

v.

Nationstar Mortgage LLC d/b/a Champion Mortgage Company

On Appeal from the
County Court at Law No. 9 of Hidalgo County, Texas
Trial Court Cause No. CL-16-0223-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

March 24, 2022